Chief Judge David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTHUR XING a/k/a YOUYAN XING,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement,<br><br>　　　　　　　Defendant. | Case No. 2:25-cv-00753-DGE<br><br>**NOTICE OF INTENT TO OPPOSE MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Pursuant to Local Civil Rule 65(b)(5), Defendant, by and through counsel, Teal Luthy Miller, Acting United States Attorney for the Western District of Washington, and Whitney Passmore, Assistant United States Attorney for said District, hereby files this notice of intent to oppose Plaintiff's Motion for Temporary Restraining Order. Dkt. No. 2.

Under Local Civil Rule 65(b)(5), Defendant provides the Court with notice that he plans to oppose Plaintiff's Motion for Temporary Restraining Order.

//

//

//

NOTICE OF INTENT TO OPPOSE MOTION FOR
A TEMPORARY RESTRAINING ORDER
[Case No. 2:25-cv-00753-DGE] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1    DATED this 25th day of April, 2025.

2  Respectfully submitted,

3  TEAL LUTHY MILLER
   Acting United States Attorney

4

5  *s/ Whitney Passmore*
   WHITNEY PASSMORE, FL No. 91922
   Assistant United States Attorney
6  United States Attorney's Office
   Western District of Washington
7  700 Stewart Street, Suite 5220
   Seattle, Washington  98101-1271
8  Phone:  206-553-7970
   Fax:     206-553-4067
9  Email:  whitney.passmore@usdoj.gov

10 *Attorneys for Defendant*

NOTICE OF INTENT TO OPPOSE MOTION FOR
A TEMPORARY RESTRAINING ORDER
[Case No. 2:25-cv-00753-DGE] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970