UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARTHUR XING, | CASE NO. 2:25-cv-00753-DGE |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TODD M. LYONS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court has reviewed the Parties' Joint Status Report, which states that "the parties agree that a hearing set on the expedient timeline for a temporary restraining order [TRO] is not necessary.  The plaintiff wishes to proceed with its request for a preliminary injunction [PI], and the parties agree that the normal timeline for preliminary injunction motions is more appropriate." (Dkt. No. 11 at 1.)  Plaintiff further states that he reserves the right to renew his

MINUTE ORDER - 1

TRO request if ICE again terminates his SEVIS record before the Court rules on a PI, but it does not appear he still seeks a TRO at present. (*See id.*)

Accordingly, the Court orders as follows: Plaintiff's motion for a TRO (Dkt. No. 2) is STRICKEN, and the TRO hearing set for Wednesday April 30 and related briefing schedule (Dkt. No. 8) is VACATED. No later than May 5, 2025, the Parties shall file a proposed briefing schedule for Plaintiff's PI motion. The Court will set a hearing on the PI motion in accord with the briefing schedule.

Dated this 29th day of April 2025.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2